UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO: 4:08-CR-00020-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TRACY MAURICE THOMAS | ) | |

This matter is before the court on defendant's *pro se* motion for a "transcript" of the following documents: "statement of facts," judgment, and docket sheet. (DE # 95.) The court presumes that defendant actually wants copies of these documents. The motion is ALLOWED with respect to the judgment and docket sheet, and the Clerk is DIRECTED to mail defendant copies of those documents. With regard to the statement of "facts," the court presumes that defendant means the statement of reasons. This document is not filed in the public record nor is it routinely disclosed once it is initially disseminated shortly after sentencing to the government, defense counsel, and probation. Defendant claims that he needs all the documents requested for filing of a 28 U.S.C. § 2241 motion. The statement of reasons is not necessary for defendant to prepare a § 2241 motion, and the motion is DENIED to the extent it requests a copy of the statement of reasons.

This 16 January 2013.

_____
W. Earl Britt
Senior U.S. District Judge