UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO: 4:08-CR-00020-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TRACY MAURICE THOMAS | ) | |
| | ) | |

This matter is before the court on defendant's *pro se* motion for a 65% reduction in his sentence of imprisonment based on his assistance to law enforcement authorities. (DE # 99.) Having fully considered the motion, it is DENIED.

This 22 July 2013.

_____
W. Earl Britt
Senior U.S. District Judge