UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO: 4:08-CR-00020-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TRACY MAURICE THOMAS | ) | |

This matter is before the court on defendant's amended motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) based on retroactive amendments to the sentencing guidelines pertaining to crack cocaine offenses. (DE # 103.) In accordance with this district's practice, the United States Probation Office reviewed the motion and prepared a report setting forth what it calculated the amended guideline imprisonment range to be on all four counts of conviction. In response to the Probation Office, the government has noted that while it agrees that defendant is eligible for a sentence reduction on Counts One and Nine, it disagrees with the Probation Office's calculation of the amended guideline imprisonment range on Count One. Within 30 days of the date of this order, the government is DIRECTED to file a response to defendant's motion, setting forth the grounds for its position on this issue. Within 14 days thereafter, defendant may file a reply to the government's response.

This 3 June 2014.

_____
W. Earl Britt
Senior U.S. District Judge