# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

    **AFTER CONSIDERING THE APPLICATIONS** for executive clemency of each of the following named persons, I hereby commute the total sentence of imprisonment each of the following named persons is now serving to expire on **December 19, 2018**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make immediately available to each named person the Residential Drug Abuse Program (RDAP). Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

| Name | Reg. No. |
|---|---|
| **Hilario Avila** | Reg. No. 05284-030 |
| **Johnny Ray Basham** | Reg. No. 08784-062 |
| **Gregory R. Boyd** | Reg. No. 09025-046 |
| **Jonathan Rodrico Carter** | Reg. No. 25076-001 |
| **Maurice Davon Cawthon** | Reg. No. 05915-017 |
| **Marcus Emile Franklin** | Reg. No. 12466-171 |
| **Steven P. James** | Reg. No. 34596-044 |
| **Mario Burtram Janssen** | Reg. No. 06505-029 |
| **Benjamin Meneses, III** | Reg. No. 15335-006 |
| **Terrance Range** | Reg. No. 03362-029 |
| **Derrick Lamont Smith** | Reg. No. 12763-171 |
| **Melissa Ann Sosa** | Reg. No. 83120-080 |
| **Michael Stradford** | Reg. No. 28784-050 |
| **Jerry Strahan** | Reg. No. 07008-025 |
| **Albert Wilborn** | Reg. No. 09967-027 |
| **Derwayne A. Williams** | Reg. No. 19940-045 |

    I hereby commute the total sentence of imprisonment each of the following named persons is now serving to expire on **December 19, 2018**. I also remit the unpaid balance, if any, of each respective fine imposed that may remain when each named person's term of incarceration expires. I leave intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make immediately available to each named person the Residential Drug Abuse Program (RDAP). Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

| Name | Reg. No. |
|---|---|
| **Keith O. Cobb** | Reg. No. 60806-080 |
| **Kareem Myers** | Reg. No. 59931-066 |
| **Anthony Dewon Rose,** aka Anthony Dawon Rose | Reg. No. 10347-062 |
| **Lawrence Samuels, Jr.,** aka Michael Douglas Lewis | Reg. No. 09609-062 |

I hereby commute the total sentence of imprisonment each of the following named persons is now serving to a term of **180 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make immediately available to each named person the Residential Drug Abuse Program (RDAP). Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

| | |
|---|---|
| **Jeremy Conner** | Reg. No. 26942-001 |
| **Tracy Maurice Thomas** | Reg. No. 25800-056 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **188 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make available to each named person the Residential Drug Abuse Program (RDAP), or future equivalent program, at an appropriate time before each person's sentence expires. Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

| | |
|---|---|
| **Orasama Andrews,** aka Orsama Andrews | Reg. No. 90553-020 |
| **Dennis Scott McCullough** | Reg. No. 33317-183 |
| **Sean Anthony Robinson** | Reg. No. 38978-083 |

I hereby further commute the total sentence of imprisonment imposed upon **Charles B. Harrison**, Reg. No. 53595-018, to a term of **144 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Charles B. Harrison**, Reg. No. 53595-018, the Residential Drug Abuse Program (RDAP), or equivalent future program, at an appropriate time, before her prison sentence expires. Further, I condition this grant of commutation to the said **Charles B. Harrison**, Reg. No. 53595-018, on her enrolling in RDAP by written agreement, as evidenced by her signing, within 14 days of her receipt of a certified copy of this document, a receipt verifying her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Ray Thomas Kelly, II**, Reg. No. 94266-011, to a term of **191 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Ray Thomas Kelly, II**, Reg. No. 94266-011, the Residential Drug Abuse Program (RDAP), or equivalent future program, at an appropriate time, before his prison sentence expires. Further, I condition this grant of commutation to the said **Ray Thomas Kelly, II**, Reg. No. 94266-011, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Lawrence Maurice Powe**, Reg. No. 04670-003, to expire on **December 19, 2018**. I also remit the unpaid balance of the $900,000 forfeiture obligation imposed by the court. I leave intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Lawrence Maurice Powe**, Reg. No. 04670-003, the Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said **Lawrence Maurice Powe**, Reg. No. 04670-003, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Vincent Lee Twiggs, II**, Reg. No. 35694-044, to a term of **151 months' imprisonment**, leaving intact and in effect the four-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Vincent Lee Twiggs, II**, Reg. No. 35694-044, the Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said **Vincent Lee Twiggs, II**, Reg. No. 35694-044, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

**THIS GRANT SHALL** become effective as to each of the above-named persons only upon the delivery and presentment of a certified copy of this document to that person and upon that person's acceptance of the conditional terms of the grant. I further direct that once the receipt has been signed by the grant recipient, the Bureau of Prisons shall immediately forward an ELECTRONIC COPY of the receipt to the Office of the Pardon Attorney, which will deliver that copy to appropriate personnel in the Bureau of Prisons Designation and Sentence Computation Center, who will recalculate the projected release dates of each respective recipient. Failure of a person to sign the receipt and accept the conditional terms of the commutation grant will render the grant of commutation null and void only as to the person who rejected the grant, and not to all persons named herein.

**I HEREBY DESIGNATE**, direct, and empower the Pardon Attorney, as my representative, to deliver to the Bureau of Prisons a certified copy of the signed warrant as evidence of my action in order to carry into effect the terms of these grants of clemency, and to deliver a certified copy of the signed warrant to each of the persons to whom I have granted clemency as evidence of my action.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington this Nineteenth day of December in the year of our Lord Two thousand and sixteen and of the Independence of the United States the two hundred and forty-first.*

**BARACK OBAMA**
**President**