UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO: 4:08-CR-00020-BR

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | ORDER |
|  | ) |  |
| TRACY MAURICE THOMAS | ) |  |

This matter is before the court on defendant's *pro se* "motion for judicial review of government's failure to file a Rule 35(b) motion on behalf of defendant." (DE # 118.) The government is DIRECTED to file a response to the motion within 30 days.

This 23 October 2018.

                                             W. Earl Britt
                                             Senior U.S. District Judge