IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:08-CR-00020-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff.<br><br>v.<br><br>TRACY MAURICE THOMAS,<br><br>Defendant. | ORDER |

This matter comes before the court on Defendant's pro se motion "request[ing] an early release from probation." DE 152 at 1. On July 13, 2009 (after an earlier guilty plea to four drug- and firearm-related offenses), Defendant was sentenced to 436 months of imprisonment. DE 56. On December 19, 2016, pursuant to an Executive Grant of Clemency, his sentence was commuted to 180 months. DE 117. Defendant was released from the Bureau of Prisons and commenced supervised release on March 12, 2021, and his term of supervision is set to expire on March 11, 2026.

After consideration of the motion's representations regarding Defendant's rehabilitative efforts, as well as the complete record in this case (including post-release conduct), the court finds that termination of supervised release at this time is not in the interest of justice. 18 U.S.C. § 3583(e)(1). The United States Probation Office provides a path for defendants to advance towards early termination of supervised release, and the court recommends that Defendant proceed on that path in consultation with his probation officer.

Accordingly, Defendant's motion is DENIED WITHOUT PREJUDICE to Defendant re-raising this issue at a later date.

SO ORDERED this 26th day of April, 2024.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE